**Order entered March 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01497-CR

**MICHAEL D'ANGELO MASON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80929-10**

## ORDER

The Court **GRANTS** court reporter Sheri J. Vecera's motion for extension of time to file

the reporter's record.

We **ORDER** Ms. Vecera to file the reporter's record **on or before April 1, 2013**.

/s/    LANA MYERS
JUSTICE